UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RON KINGSTON CONTRACTING, INC.
d/b/a K&K CONSTRUCTION
AND DISASTER SERVICES, INC. and d/b/a
KINGSTON CONSTRUCTION                                            PLAINTIFF

v.                           NO. 3:13cv154 (SWW)

CAHABA DISASTER RECOVERY, LLC                                    DEFENDANT

## ORDER

By agreement of the parties, this matter is hereby stayed while the parties engage in arbitration, pursuant to and consistent with this Court's previous orders dated September 3, 2013, and March 23, 2015.

Dated this 23rd day of April, 2015.

_____
SUSAN WEBBER WRIGHT
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

*Robert F. Thompson, III*
Robert F. Thompson III (Ark. Bar No. 97232)
BRANCH, THOMPSON, WARMATH & DALE, P.A.
414 West Court Street
Paragould, Arkansas 72450
*Attorney for plaintiff*

_____
Jess Askew, III (Ark. Bar No. 86005)
KUTAK ROCK LLP
124 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3706
*Attorney for defendant*